**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CASE NO.  3:24-CR-00120-01** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **MICHAEL L RIGGINS (01)** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

**MINUTES OF COURT:**
**Sentencing**

| | | | |
|---|---|---|---|
| Date: | October 27, 2025 | Presiding: Judge Terry A. Doughty | |
| Court Opened: | 2:39 p.m. | Courtroom Deputy: | Amy Crawford |
| Court Adjourned: | 3:09 p.m. | Court Reporter: | Debbie Lowery |
| Statistical Time: | :30 | Courtroom: | CR1 |

**APPEARANCES**

| | | | |
|---|---|---|---|
| Robin Samson McCoy   (AUSA) | For | United States of America | |
| Adam Roger Karamanis   (RET) | For | Michael L Riggins (01) Defendant | |
| Michael L Riggins (01) | | Defendant (LOCATION RELEASE) | |

**PROCEEDINGS**

**CONFERENCE:**
A conference was held in chambers prior to court.

**SENTENCE** Imposed as to Count 1 of the Indictment:
**Imprisonment**:                                   57 months
**Supervised Release:**                          2 years
**Crime Victim Fund Assessment:**       $100 payable to the Clerk of Court
**Fine** – payable to Clerk of Court:         Waived
**Restitution** – payable to the Clerk of Court:   $1,865,039.73

**APPEAL:**
Defendant advised of right to appeal.  If Notice of Appeal is filed, the Clerk of Court is directed to transmit the presentence report to the Court of Appeals under seal.

**ORAL MOTION:**
Motion by the Government to Dismiss counts 2-5 of the Indictment.

**ORAL ORDER:**

Order granting motion. Counts 2, 3, 4, 5 of the Indictment are dismissed.

**COMMENTS:**
Defendant shall voluntarily surrender to the facility designated by the Bureau of Prisons by 2:00 PM on December 8.   Defendant released on the same conditions as previously imposed.